IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CROSSROADS SYSTEMS, INC., <br><br> v. <br><br> ORACLE CORPORATION | Case No. 1:13-cv-00895-SS |

**STIPULATED DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)**

Pursuant to Fed. R. Civ. P. 41(a), Crossroads Systems, Inc., ("Crossroads") and Oracle Corporation ("Oracle") hereby stipulate to dismissal with prejudice of all claims asserted by Crossroads against Oracle, and of all claims asserted by Oracle against Crossroads, in this action. The dismissals are final and non-appealable. With the exception of the payment of the Oracle Claim pursuant to the Prepackaged Plan in the Crossroads' bankruptcy, (*see In re Crossroads Systems, Inc.*, Case No. 17-51926, D.I. 81, "Agreed Order Regarding Debtor's Motion to Estimate Contingent, Unliquidated, Unknown Claim of Oracle"), each party shall bear its own costs of suit and attorneys' fees.

Dated: October 2, 2017                          Respectfully Submitted,

    */s/ Scott Crocker*
Steven Sprinkle
Texas Bar No. 00794962
John L. Adair
Texas Bar No. 24026758
Scott Crocker
Texas Bar No. 00790532
Sprinkle IP Law Group, PC
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Tel: 512-637-9220
Fax: 512-371-9088
ssprinkle@sprinklelaw.com
jadair@sprinklelaw.com
scrocker@sprinklelaw.com

Russell T. Wong
Texas Bar No. 21884235
James H. Hall
Texas Bar No. 24041040
Domingo M. Llagostera
Texas Bar No. 24070157
BLANK ROME LLP
717 Texas Avenue, Suite 1400
Houston, TX  77002
Tel: 713-228-6601
Fax: 713-228-6605
rwong@blankrome.com
jhall@blankrome.com
dllagostera@blankrome.com

*ATTORNEYS FOR PLAINTIFF
CROSSROADS SYSTEMS, INC.*

|  |  |
|---|---|
|  | */s/ Jared Bobrow* |
| *Of Counsel:* | Travis Barton |
| Jared Bobrow* | tcbarton@mcginnislaw.com |
| jared.bobrow@weil.com | MCGINNIS, LOCHRIDGE & KILGORE, LLP |
| Aaron Y. Huang* |  |
| aaron.huang@weil.com | 600 Congress Ave., Ste. 2100 |
| WEIL, GOTSHAL & MANGES LLP | Austin, TX 78701 |
| 201 Redwood Shores Parkway | (512) 495-6000 |
| Redwood Shores, CA 94065 |  |
| Phone: (650) 802-3000 | *ATTORNEYS FOR DEFENDANT* |
| Fax: (650) 802-3100 | *ORACLE CORPORATION* |

Elizabeth Stotland Weiswasser*
elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York NY 10153
Phone: (212) 310-8000
Fax: (212) 310-8007

*\* Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 2, 2017, I served the foregoing document via electronic mail on all counsel of record per the agreement between the parties regarding electronic service.

          */s/ Scott Crocker*
          Scott Crocker